IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

Anthony McIntosh,
A# 95-517-208,

        Petitioner,

v.

Charles Mulé,

        Respondent.        05-CV-349S

---

**ORDER**

    Respondent has notified the Court that petitioner was released from the Orleans Correctional Facility into administrative detention and subsequently removed to his native country (Affidavit of Monica J. Richards, sworn to and filed on August 31, 2005 and Exhibit A thereto), thereby effecting the relief requested in the petition brought pursuant to 28 U.S.C. § 2241 (Docket No. 1). Accordingly, this action is hereby dismissed as moot, without prejudice.

    **DATED:**  Buffalo, New York, August 29, 2005.

                                      **SO ORDERED:**

                                      <u>/s/William M. Skretny</u>
                                      William M. Skretny
                                      United States District Judge